

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>TRIPLETT, PAULA ANN<br><br>Debtor(s). | Bk. No.  2:10-bk-~~142262~~  14262BB<br><br>[Chapter 7  ] |
| Michael Darvish<br><br>Plaintiff(s) / Movant(s),<br>v.<br>Paula Ann Triplett; Peter Triplett<br><br>Defendant(s)/Respondent(s). | Adv. No. 2:10-AP-01874<br><br>REQUEST FOR ASSIGNMENT<br>TO MEDIATION PROGRAM;<br>[PROPOSED] ORDER THEREON |

I hereby request that the following matter be assigned to the Bankruptcy Mediation Program of this district:

A.  <u>Description of the Matter (please check each that applies)</u>:

1. [ ] Objection to claim/claim resolution
2. [ ] Plan
    - [ ] Objection to plan confirmation
    - [ ] Plan formulation/negotiation

Form 701                                                                                                                      Revised 11/09

| | | | |
|---|---|---|---|
|  | 3. | [ ] | Valuation |
|  | 4. | [ ] | Preference |
|  | 5. | [ ] | Fraudulent transfer |
|  | 6. | [ ] | Lien avoidance |
|  | 7. | [✓] | Dischargeability |

Specify grounds:  11 USC 523(a)(2)(A); 11USC 523 (a)(2)(B); 11 USC 727 (a)(4)(A)

8.  [ ] Other.  Please specify: _____

B.  <u>Amount of money at issue in the Matter</u>:

1. [ ] $0 to $1,000
2. [ ] $1,001 to $10,000
3. [ ] $10,001 to $50,000
4. [ ] $50,001 to $100,000
5. [✓] $100,001 to $500,000
6. [ ] $500,001 to $1,000,000
7. [ ] $1,000,001 to $5,000,000
8. [ ] $5,000,001 to $10,000,000

Form 701                                            2                                   Revised 11/09

02/04/2011  16:40    310-470-2667        FEDEX OFFICE    5927        PAGE  05

9. [ ] If more than $10,000,000,

    state amount: $_____

10. [ ] Money not at issue.

DATED: 2/2/2011

Michael Darvish
(Name of Party)

_____
(Signature of Party)

DATED: 2/2/2011

Rachel M. Darvish
(Name of Party's Counsel)

_____
(Signature of Party's Counsel)

DATED: 2/3/2011

Paula Triplett
(Name of Party)

_____
(Signature of Party)

DATED: 2/4/11

Barry R. Wegman
(Name of Party's Counsel)

_____
(Signature of Party's Counsel)

**Instructions from the Court:** A completed [PROPOSED] ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR must be filed in conjunction with this Request for Assignment to Mediation Program.

cc: Hon. Barry Russell
Mediation Program Administrator
United States Bankruptcy Court
255 East Temple Street, Suite 1660
Los Angeles, California 90012

Form 701                                3                           Revised 11/09