**LODGED** FEB 07 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

**FILED** FEB 17 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

**ENTERED** FEB 18 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>TRIPLETT, PAULA ANN<br><br>Debtor(s). | Bk. No. 2:10-bk-142262<br><br>[Chapter 7    ] |
| Michael Darvish,<br><br>Plaintiff(s)/Movant(s),<br><br>v.<br><br>PAULA ANN TRIPLETT; PETER TRIPLETT<br><br>Defendant(s)/Respondent(s). | Adv. No. 2:10-AP-01874<br><br>ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR; NOTICE OF ENTRY THEREON<br><br>[NO HEARING REQUIRED] |

This <u>Adversary Proceeding</u>
(Adversary Proceeding/Name of Dispute in Main Case)

is hereby assigned to the Bankruptcy Mediation Program of this district, and the following are appointed as Mediator and Alternate Mediator:

Mediator:                                    Alternate Mediator:

<u>Raymond H. Aver, Esq.</u>         <u>Lana Borsook, Esq.</u>
Name                                         Name

<u>The Law Offices of Raymond H. Aver</u>
Firm Name                                    Firm Name

| | |
|---|---|
| 12424 Wilshire Blvd #750 | 10430 Wilshire Blvd # 1503 |
| Address | Address |
| LA, CA 90025 | LA, CA 90024 |
| City, State, Zip Code | City, State, Zip Code |
| 310-571-3511 | 310-470-3341 |
| Telephone | Telephone |
| 310-571-3512 | 310-470-0098 |
| Facsimile | Facsimile |
| ray@averlaw.com | lana-horsook@juno.com |
| E-Mail Address | E-Mail Address |

The attorneys for the parties are:

| Attorney for Michael Darvish : | Attorney for Paula Ann Triplett : |
|---|---|
| Rachel M. Darvish | Barry Wegman |
| Name | Name |
| The Law Office of Rachel M. Darvish | Law Offices of David A. Tillem |
| Firm Name | Firm Name |
| 5470 West Pico Blvd. | 206 N. Jackson Street, suite 201 |
| Address | Address |
| Los Angeles, CA 90019 | Glendale, CA 91206 |
| City, State, Zip Code | City, State, Zip Code |
| 323-932-8939 | 818-507-6000 |
| Telephone | Telephone |
| 323-934-9714 | 818-507-6800 |
| Facsimile | Facsimile |
| rachel@annexpbe.com | BarryWegman@tilemlaw.com |
| E-Mail Address | E-Mail Address |

[Attach additional page(s) if necessary.]

Description of the Matter:

1. [ ] Objection to claim/claim resolution
2. [ ] Plan
     [ ] Objection to plan confirmation
     [ ] Plan formulation/negotiation
3. [ ] Valuation
4. [ ] Preference
5. [ ] Fraudulent transfer
6. [ ] Lien avoidance
7. [✓] Dischargeability
     Specify grounds: 11 USC 523(a)(2)(A); 11 USC 523(a)(2)(B); 11 USC 727(a)(4)(A)

8. [ ] Other. Please specify: _____

Amount of money at issue in Matter:

1. [ ] $0 to $1,000
2. [ ] $1,001 to $10,000
3. [ ] $10,001 to $50,000
4. [✓] $50,001 to $100,000
5. [ ] $100,001 to $500,000
6. [ ] $500,001 to $1,000,000

Form 702                              3                              Revised 11/09

7. [ ] $1,000,001 to $5,000,000

8. [ ] $5,000,001 to $10,000,000

9. [ ] If more than $10,000,000,
   state amount: $_____

10. [ ] Money not at issue.

Instructions from the Court:

A. Re: filing and Service of this Order:

   1. If Order is submitted to Court by party(ies):

   (a) The party(ies) submitting this Order shall file the following with the Court: (a) the original and three (3) copies of this Order, (b) the original and three (3) copies of a Notice of Entry of this Order, and (c) a proof of service which reflects service of this Order on the Mediator, the Alternate Mediator, the Mediation Program Administrator (Hon. Barry Russell) and any individual(s) and/or entity(ies) and/or other interested party(ies) as may be designated by the Judge.

   2. If Order is prepared by the Judge:

   (a) The following individual shall serve a copy of this Order on the Mediator, the Alternate Mediator, and the Mediation Program Administrator (Hon. Barry Russell): _____

   (b) The following additional individual(s) and/or entity(ies) and/or other interested party(ies) shall be served by the individual designated in note 2(a) above with a copy of this Order: [Attach additional page(s) if necessary.] _____

1      (c)  <u>The individual designated in note 2(a) above shall file an original</u>
2  <u>proof of service which reflects service of this Order on the Mediator, the Alternate</u>
3  <u>Mediator, the Mediation Program Administrator, and the individual(s) and/or entity(ies)</u>
4  <u>and/or other interested party(ies) listed in note 2(b) above.</u>

5
6  (B)    <u>Other: [Attach additional page(s) if necessary.]</u>

7
8
9
10
11
12
13

14     The parties are to comply with the provisions of Third Amended General Order
15 No. 95-01.
16     IT IS SO ORDERED:
17
18 DATED: 2/17/11
                                 UNITED STATES BANKRUPTCY JUDGE
19 **SUBMITTED JOINTLY BY:**
20
21 DATED: 2/2/2011           Michael Darvish
                                 (Name of Party)
22
                                 (Signature of Party)
23
24 DATED: 2/2/2011          Rachel M. Darvish
                                 (Name of Party's Counsel)
25
                                 (Signature of Party's Counsel)
26

Form 702                       5                        Revised 11/09

02/04/2011  16:40    310--470-2657              FEDEX OFFICE    5927              PAGE  02

DATED: 3/2/291                    *Paula Trost*
                                  (Name of Party)

                                  *[signature]*
                                  (Signature of Party)

DATED: 2/4/11                     Barry R. Wegman
                                  (Name of Party's Counsel)

                                  *[signature]*
                                  (Signature of Party's Counsel)

cc:  Hon. Barry Russell
     Mediation Program Administrator
     United States Bankruptcy Court
     255 East Temple Street, Suite 1660
     Los Angeles, California 90012

Form 702                          6                        Revised 11/09



LODGED
FEB 07 2011
CLERK U.S BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>TRIPLETT, PAULA ANN<br><br>Debtor(s).<br><br>Michael Darvish,<br><br><br>Plaintiff(s)/Movant(s),<br><br>v.<br><br><br>PAULA ANN TRIPLETT; PETER TRIPLETT<br>Defendant(s)/Respondent(s). | Bk. No. 2:10-bk-142262<br><br>[Chapter 7 ]<br><br><br><br>Adv. No. 2:10-AP-01874<br><br><br>NOTICE OF ENTRY OF<br>ORDER ASSIGNING<br>MATTER TO MEDIATION<br>PROGRAM AND APPOINTING<br>MEDIATOR AND ALTERNATE<br>MEDIATOR AND CERTIFICATE<br>OF MAILING |

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1.    You are hereby notified that the above-entitled order was entered on (specify date): Adversary Proceeding          .

/ / /

/ / /

Revised 11/09

1  2.     I hereby certify that I mailed a copy of this notice and a true copy of the order to
2  the persons or entities listed below on (specify date): _____.

3
4                                    SERVICE LIST
5
6  MEDIATOR:                                      PARTIES/COUNSEL:
7  Raymond Aver, Esq.                             Rachel M. Darvish
   The Law Offices of Raymond H. Aver            The Law Office of Rachel M. Darvish
8  1424 Wilshire Blvd. #750                       5470 West Pico Blvd.
9  LA CA 90025                                    Los Angeles, CA 90019

10 ALTERNATE MEDIATOR:                            PARTIES/COUNSEL:
   Lana Borsook                                   Barry Wegman
11 10430 Wilshire Blvd #1505                      The Law Office of David Tillem
                                                  206 N. Jackson Street, suite 201
12 LA CA 90024                                    Glendale, CA 91206
13
14 PROGRAM ADMINISTRATOR:                         PARTIES/COUNSEL:
   Honorable Barry Russell
15 United States Bankruptcy Court
16 255 E. Temple Street, #1660
   Los Angeles, CA 90012
17
18
19
20 (add additional page(s) if necessary)
21
22 DATED: _____           UNITED STATES BANKRUPTCY COURT
23
24                                         By: _____
                                              Deputy Clerk
25
26

                                                                          Revised 11/09
                                      2